**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2079**

---

JESSIE SEIDNER,

                              Plaintiff - Appellant,

        versus

PCA   INTERNATIONAL,   INCORPORATED,   d/b/a
American Studios,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-00-2054-AW)

---

Submitted:  June 18, 2002          Decided:  July 29, 2002

---

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joe C. Ashworth, Leonardtown, Maryland, for Appellant.  Charles E.
Johnson, Angelique R. Vincent, ROBINSON, BRADSHAW & HINSON, P.A.,
Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jessie Seidner appeals the district court's order granting summary judgment to PCA International, Inc. on her claim of wrongful termination under Maryland law. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Seidner v. PCA Int'l, Inc., No. CA-00-2054-AW (D. Md. filed July 31, 2001 & entered Aug. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED